762 So.2d 1116 (2000)
STATE ex rel. Tony GILES,
v.
Burl CAIN, Warden, Louisiana State Penitentiary, Richard Stalder, Secretary of the La. Department of Public Safety and Corrections.
No. 1999-CI-2328.
Supreme Court of Louisiana.
June 2, 2000.
Rehearing Denied August 31, 2000.
Writ granted in part; otherwise denied. The decision of the court of appeal is vacated and this case is remanded to the district court for further proceedings consistent with that court's earlier judgment *1117 accepting the Commissioner's Recommendation. See Giles v. Cain, 98-0212, p. 1 (La.App. 1st Cir.4/19/99), 734 So.2d 109, 115 (SHORTESS, J., dissenting). In all other respects, the application is denied.
TRAYLOR and KNOLL, JJ., dissents and would deny the application.
VICTORY, J., not on panel.